JOHN HOFMANN, JR., as Administrator, etc., Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of the Judicial Settlement of the Accounts of JOSEPH B. MURPHY and Another, as Executors, etc., of LAWRENCE PENDERGAST, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EDWARD RISCHMAN and Others, Respondents, v. CHARLES H. ALVORD, Appellant. — Appeal dismissed, with twenty dollars costs and disbursements to respondents, on stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EMIL H. BERGENS and Others, Respondents, v. HERBERT EDWIN ORR and Others, Appellants.— Motion to be relieved from stipulation granted, upon condition that appellants shall be ready for argument on May nineteenth and shall pay to respondents' attorney ten dollars. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

FRED B. WRIGHT, Respondent, v. JOHN W. LOCKIE and Another, Appellants, Impleaded with Another, Defendant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

FREDERICK C. GRATWICK, Respondent, v. CARL H. SMITH, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

BARBARA STABEL, Respondent, v. HATTIE HEPP, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

HYGEIA NURSING BOTTLE COMPANY, INC., Respondent, v. WILSON F. STURM, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

WILLIAM C. MORRISON, as Administrator, etc., of CHARLES W. MORRISON, Deceased, Respondent, v. FULTON LIGHT, HEAT AND POWER COMPANY, Appellant. — Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

WILLIAM HUNTLEY, Respondent, v. MCINTYRE BROS. PAPER CO., INC., Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

FRANK J. FITZPATRICK, Appellant, v. CANADA STEAMSHIP LINES, LTD., Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ALBERT RABER, Respondent, v. ROLAND SCHWEITZER and Another, Appellants. — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the grounds that a case was made out under section 181 of the Civil Practice Act for the dismissal of the complaint for failure to proceed, inasmuch as more than ten years have elapsed since the joinder of issue without any attempt to move the case for trial and no excuse is offered for the delay. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

LITTLETON E. H. SMITH, Respondent, v. THE BUFFALO TIMES, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.